UNITED STATES DISTRICT COURT CENTRAL
DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 20-CR-40056 |
| MITCHELL ALLEN MELEGA, | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S AMENDED MOTION TO CONTINUE

Now comes Defendant, MITCHELL ALLEN MELEGA, through his attorney, Maribeth Egert Dura, and for his Motion to Continue states as follows:

1. This matter is set for trial on December 5, 2022. A Pre-Trial is set for November 3, 2022.

2. That Defendant's counsel has received discovery but needs more time to review same with Defendant, MITCHELL ALLEN MELEGA. The discovery in this matter is voluminous and the Defendant is not ready for trial or to change his Plea.

3. This continuance is made in good faith and the ends of justice would outweigh the interests of the parties by continuing this pretrial and current trial setting.

4. The U.S. Attorney's Office and the Co-defendant have no objection to a continuance of the current pretrial and trial dates.

Wherefore, the Defendant requests that the pre-trial and trial be continued in the normal course and further Defendant waives any speedy trial concerns due to this continuance.

MITCHELL ALLEN MELEGA, Defendant,

By: /s/ Maribeth Egert Dura
Attorney for Defendant
4507 N. Sterling Avenue, Suite 301
Peoria, IL 61615
Phone: 309-686-0895
duralaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John K Mehochko    john.mehochko@usdoj.gov, angela.mae.hutton@usdoj.gov, anysa.delarosa@usdoj.gov, CaseView.ECF@usdoj.gov, glenda.verbeke@usdoj.gov, sandy.moore@usdoj.gov

Maribeth Egert Dura    maribeth_dura@hotmail.com, duralaw@sbcglobal.net, maribeth_duralaw@sbcglobal.net

Murray W Bell    mwbell@kirkwoodlaw.com, aolson@kirkwoodlaw.com

William Lester Breedlove    william@breedlovelegal.com, taylor@breedlovelegal.com

                                              By: /s/ Maribeth Egert Dura
                                              Attorney for Defendant

Maribeth Egert Dura
Dura Law Office
4507 N. Sterling, Suite 301
Peoria, Illinois 61615
Ph:    (309) 686-0895
Fax:   (309) 686-0985
E-mail: Maribeth_Dura@hotmail.com